UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY E. LEWIS, | ) | CASE NO.: C08-1239-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | § 2254 PETITION |
| JEFFREY UTTECHT, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's motion to dismiss, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. No. 9) is GRANTED;

(3) Petitioner's petition for a writ of habeas corpus (Dkt. No. 4), and this action, are DISMISSED with prejudice; and

(4) The Clerk is directed to send a copy of this Order to petitioner, to counsel for

ORDER DISMISSING § 2254 PETITION
PAGE -1

01 | respondent, and to Judge Theiler.

02 | DATED this 3rd day of February, 2009.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
Chief United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -2