# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| ANTHONY LEWIS, | ) | CASE NO. C08-1239-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR APPOINTMENT OF |
| JEFFREY UTTECHT, | ) | COUNSEL |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner's petition for a writ of habeas corpus was denied by the Court on February 3, 2009. (Dkt. 19). Petitioner has appealed that ruling to the Ninth Circuit Court of Appeals. (Dkt. 22). Petitioner's motion for a certificate of appealability is pending before the Honorable Robert S. Lasnik. Petitioner has also filed a motion for appointment of counsel on appeal. (Dkt. 26). Judge Lasnik referred that motion to the undersigned on March 11, 2009. (Dkt. 29). The Court, having considered petitioner's motion for appointment of counsel, and the balance of the record, does hereby find and ORDER as follows:

(1) Because petitioner's case in the District Court has concluded, petitioner's motion for appointment of counsel on appeal (Dkt. 26) is DENIED without prejudice to its

01 renewal before the Ninth Circuit.

02     (2)    The Clerk shall direct copies of this Order to petitioner, counsel for respondent, 03 and to the Honorable Robert S. Lasnik.

04     DATED this 24th day of March, 2009.

06                                 s/ Mary Alice Theiler
                                  United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION FOR APPOINTMENT OF COUNSEL
PAGE -2